In the Matter of SAVE THE PINE BUSH, INC., et al., Respondents, v COMMON COUNCIL OF THE CITY OF ALBANY, Appellant, et al., Respondent.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 56 AD3d 32.

Motion by Sierra Club Atlantic Chapter et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

In the Matter of TRANSITIONAL SERVICES OF NEW YORK FOR LONG ISLAND, INC., Respondent-Appellant, v NEW YORK STATE OFFICE OF MENTAL HEALTH et al., Appellants-Respondents.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 44 AD3d 673.

Motion by Association for Community Living for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

TRUST FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-C1, by and through ORIX CAPITAL MARKETS, LLC as Master Servicer and Special Servicer, Appellant, v LOVE FUNDING CORPORATION, Respondent.

Submitted August 3, 2009; decided August 27, 2009

Motion by Loan Syndications & Trading Association, Inc. for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.